1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAEH M. VELASQUEZ, by and through his guardian ad litem, MAGDALIA RAMOS, | ) 1:09at562 ) ) |
| | ) ) ORDER GRANTING PETITION TO ) APPOINT GUARDIAN AD LITEM |
| Plaintiff, | ) ) (Document 4) |
| v. | ) ) |
| MICHAEL J. ASTRUE, | ) ) |
| Defendant. | ) ) ) |

The petition seeking to appoint Magdalia Ramos as Guardian Ad Litem for Plaintiff Elijaeh M. Velasquez, a minor, is GRANTED.

IT IS SO ORDERED.

Dated: __July 20, 2009__     _____ /s/ **Dennis L. Beck** _____
UNITED STATES MAGISTRATE JUDGE

1