IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

ELIJAEH M. VELASQUEZ., by and )     1:09cv1250 DLB
through his guardian ad litem, )
MAGDALIA RAMOS, )
                                       )
                                        )     ORDER GRANTING STIPULATION
                                        )     FOR VOLUNTARY REMAND
                Plaintiff, )
                                        )     (Document 13)
            vs. )
                                        )
MICHAEL J. ASTRUE, Commissioner of )
Social Security, )
                                        )
            Defendant. )
_____)

On February 9, 2010, the parties submitted a stipulation that the action be remanded to the

Commissioner of Social Security for further administrative action pursuant to sentence four of section

205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner.

The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Elijaeh M. Velasquez and

against Defendant Michael J. Astrue.

On remand, the Administrative Law Judge will re-evaluate Plaintiff's case, including use of a

qualified pediatrician or other individual who specializes in a field of medicine appropriate to the

alleged disability of Plaintiff and who will review Plaintiff's entire record and provide an evaluation to

the ALJ. Further, if the ALJ relies on this evaluation, the record will include evidence of the

qualifications of the pediatrician or other individual described above and how the evaluation was

considered.


     IT IS SO ORDERED.

     **Dated:** __**February 10, 2010**__          __**/s/ Dennis L. Beck**__
                                       UNITED STATES MAGISTRATE JUDGE