1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT FOR THE

8

EASTERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| ELIJAEH M. VELASQUEZ., by and through his guardian ad litem, MAGDALIA RAMOS, | ) ) ) | 1:09cv1250 DLB |
| | ) ) ) | ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW OPPOSITION (Document 18) |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER STRIKING DOCUMENT 17 |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

10

11

12

13

14

15

16

17

18        On March 29, 2010, Defendant submitted a motion to withdraw his opposition (Document

19   17) to Plaintiff's motion for attorney fees under the Equal Access for Justice Act.  Defendant also

20   filed an amended opposition on the same day.

21        On March 30, 2010, Plaintiff joined in the motion to withdraw.

22        Accordingly, Defendant's motion to withdraw the opposition is GRANTED and Document

23   17 is STRICKEN.

24        IT IS SO ORDERED.

25   **Dated:   March 31, 2010**              _____ /s/ **Dennis L. Beck**_____

26                                                              UNITED STATES MAGISTRATE JUDGE

27

28

                                                              1